IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GINA RING,

        Plaintiff,

v.

GENERAL MILLS,

        Defendant.

ORDER

11-cv-167-wmc

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(b)(4).

Entered this 14th day of March, 2010.

BY THE COURT:

WILLIAM M. CONLEY
District Judge